UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAHROOZ KELISHADI, M.D., an individual; SHERRY KELISHADI, an individual,

                    Plaintiffs,

          v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; and DOES 1-25, inclusive,

                    Defendants.

No. 8:25-cv-00332-DOC-ADS
[Hon. David O. Carter, Courtroom 10A]

**JUDGMENT**

The motion of defendant State Farm Mutual Automobile Insurance Company for summary judgment came on for hearing before the court on December 8, 2025, the Honorable David O. Carter, Judge presiding.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED THAT plaintiffs Shahrooz Kelishadi, M.D., and Sherry Kelishadi take nothing, that the action be dismissed on its merits and that defendant State Farm Mutual Automobile Insurance Company recover its costs.

Dated: April 13, 2026

_____
DAVID O. CARTER
United States District Judge

- 1 -